1  KEVIN A. BOVE (149675)
   Attorney at Law
2  117 North Broadway
   Escondido, CA  92025
3  (760) 735-2900

4  Attorney for Plaintiff
   Efrain Sanpedro-Avendano
5

FILED

2008 JAN 24  PM 3: 18

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____V-N-U_____DEPUTY

6              UNITED STATES DISTRICT COURT

7            SOUTHERN DISTRICT OF CALIFORNIA

8

9  EFRAIN SANPEDRO-AVENDANO,            )
                                        )  Case No. '08 CV 0148 WQH BLM
10              Plaintiff,              )
                                        )  COMPLAINT FOR RELIEF
11      v.                             )  IN THE NATURE OF MANDAMUS
                                        )
12  EMILIO GONZALEZ, Director,          )
   United States Citizenship & Immigration Services; )
13  and, PAUL PIERRE, Director, San Diego District  )
   Office, United States Citizenship & Immigration  )
14  Services,                           )
                                        )
15              Defendants.            )
                                        )
16                                      )
                                        )
17  _____)

18      Efrain Sanpedro-Avendano ("Plaintiff") hereby alleges as follows:

19  1.   Plaintiff resides within the jurisdiction of this court and is an applicant for lawful permanent

20       residence in the United States under the Immigration & Nationality Act, 8 U.S.C. § 1101 et

21       seq.

22  2.   Defendant Emilio Gonzalez is the Director of United States Citizenship & Immigration

23       Services ("USCIS"), an agency of the United States Government, and is sued in this official

24       capacity only.

25  3.   Defendant Paul Pierre is the Director of the San Diego District Office of United States

26       Citizenship & Immigration Services, an agency of the United States Government, and is

27       sued in this official capacity only.

28

4. The court has jurisdiction of this matter pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, 28 U.S.C. § 1651, 5 U.S.C. § 701 et seq. and 28 U.S.C. § 2201 et seq. and relief is requested pursuant to these statutes.

## CAUSE OF ACTION

### (Failure to Adjudicate I-485 Application to Adjust Status)

5. On March 7, 2005, Plaintiff filed with USCIS San Diego an I-485 application to adjust his status to that of a lawful permanent resident of the United States.[1]

6. USCIS has still not adjudicated the I-485 application.

7. Defendants' failure to adjudicate the I-485 application is not in accordance with law.

8. Plaintiff is damaged by Defendants' failure to act in accordance with law inasmuch as he is being denied lawful permanent resident status in the United States.

WHEREFORE, Plaintiff respectfully requests that the court enter judgment as follows:

1. That Defendants be ordered to adjudicate the aforementioned I-485 application;

2. For reasonable attorneys fees and costs; and

3. Granting such other and further relief as the court deems just and proper.

DATED:  January 24, 2008

_____
KEVIN A. BOVE
Attorney for Plaintiff
Efrain Sanpedro-Avendano

---

[1] Exhibit A (USCIS Receipt Notice).

2

```
US CITIZENSHIP AND
IMMIGRATION SERVICES
CHULA VISTA

10:41AM    Mar  7/05
00-0001 001    CVS-RR
#48999

A #          98804784
Last Name    SANPEDRO
First Name    EFRAIN

I-485 S245I $315.00
FP-Fee/FD258 $70.00
SUPPLEMENT A
             $1000.00

XTTL         $1385.00
Money Order    $70.00
Money Order   $315.00
Money Order   $500.00
Money Order   $500.00

XOfficialX
XDocumentX
RETAIN THIS RECEIPT
```

JS 44 (Rev. 3/99)

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

EFRAIN SANPEDRO-AVENDANO

## DEFENDANTS

EMILIO GONZALEZ et al   **FILED**

2008 JAN 24   PM 3: 21

(b) County of Residence of First Listed Plaintiff   San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

BY _____YNK_____ DEPUTY

(c) Attorney's (Firm Name, Address, and Telephone Number)

KEVIN A. BOVE (149675)
117 N. Broadway
Escondido CA  92025  (760) 735-2900

Attorneys (If Known)

'08 CV 0148 WQH BLM

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)   and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| Judgment | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 151 Medicare Act | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 152 Recovery of Defaulted | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 850 Securities/Commodities/ |
| Student Loans | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| (Excl. Veterans) | Liability | ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge |
| ☐ 153 Recovery of Overpayment | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| of Veteran's Benefits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 160 Stockholders' Suits | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 195 Contract Product Liability | | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| | | | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting | | Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | | Determination Under Equal |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff | Access to Justice |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | or Defendant) | ☐ 950 Constitutionality of |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party | State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | 26 USC 7609 | ☒ 890 Other Statutory Actions |
| | | ☐ 550 Civil Rights | Security Act | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

## VI. CAUSE OF ACTION   (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

MANDAMUS 28 USC 1361

## VII. REQUESTED IN
COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S)
IF ANY

(See instructions):

None

JUDGE

DOCKET NUMBER

DATE  1/24/08

SIGNATURE OF ATTORNEY OF RECORD   KBove

**FOR OFFICE USE ONLY**

RECEIPT #  146831   AMOUNT  $350  1/24/08 DH   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# UNITED STATES
# DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# # 146831    — BH

# January 24, 2008
# 15:22:12

## Civ Fil Non-Pris
USAO #.: 08CV0148 CIVIL FILING
Judge..: WILLIAM Q HAYES
Amount.:                    $350.00 CK
Check#.: BC# 3659


# Total—>  $350.00


FROM: SANPEDRO-AVENDANO V. GONZALEZ
      CIVIL FILING