1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE J. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 220000
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7491
   Facsimile: (619) 557-5004
6  E-mail: caroline.clark@usdoj.gov

7

8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11

12 EFRAIN  SANPEDRO-AVENDANO,)       Case No. 08cv0148 WQH (BLM)
                                )
13           Plaintiff,          )
                                )
14      v.                       )   JOINT MOTION TO DISMISS COMPLAINT
                                )
15 EMILIO GONZALEZ, Director, United)
   States Citizenship and Immigration)
16 Services; PAUL PIERRE, Director, San)
   Diego District Office, United States)
17 Citizenship and Immigration Services, )
                                )
18           Defendants.         )
                                )
19 _____)

20         COME NOW THE PARTIES, Plaintiff Efrain Sanpedro-Avendano, by and through counsel,

21 Kevin A. Bove, and Defendants Emilio Gonzalez, et al., by and through their counsel, Karen P. Hewitt,

22 United States Attorney, and Caroline J. Clark, Assistant United States Attorney, and hereby jointly move

23 the Court to dismiss this complaint as moot.

24         The parties have resolved the matters alleged in Plaintiff's complaint as Defendant USCIS has

25 adjudicated Plaintiff's application for adjustment of status. The parties agreed that the above-captioned

26 case would be dismissed in its entirety. The parties further agreed that each party will bear its own fees

27 and costs of suit.

28 //

1  Therefore, the parties respectfully request that the Court enter an order dismissing the complaint
2  as moot.

4  DATED: 3/25/08

5  KEVIN A. BOVE
   Attorney for Plaintiff
6  E-Mail: kevinbove@aol.com

8  DATED: 3/25/08

   KAREN P. HEWITT
   United States Attorney

   CAROLINE J. CLARK
   Assistant United States Attorney
   Attorneys for Defendants
   E-Mail: caroline.clark@usdoj.gov