FILED

08 MAR 27 AM 8:21

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN SANPEDRO-AVENDANO, | Case No. 08cv0148 WQH (BLM) |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO DISMISS AS MOOT |
| EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services; PAUL PIERRE, Director, San Diego District Office, United States Citizenship and Immigration Services, | |
| | [Docket No. 3] |
| Defendants. | |

Having considered the parties' Joint Motion to Dismiss Complaint (Docket No.3), finding that the parties stipulate to dismissal, and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS under Federal Rule of Civil Procedure 41(a)(1) that the complaint is DISMISSED.

**IT IS SO ORDERED.**

DATED: March 26, 2008

Honorable William Q. Hayes
United States District Judge